# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| ) | Case No. 14-11580 KJC |
| BIDZ.COM, INC., ) | |
| ) | |
| ) | Re Docket No. 38 |
| Alleged Debtor. ) | |
| ) | |

## ORDER AUTHORIZING AND DIRECTING INSOLVENCY SERVICES GROUP, INC. TO PAY A RETAINER TO SILLS CUMMIS & GROSS P.C. AND POTTER ANDERSON & CORROON LLP PURSUANT TO 11 U.S.C. §§ 543(a) OR 543(d)

Upon consideration of the motion (the "Motion") of the alleged debtor herein ("Bidz" or the "Alleged Debtor") for relief pursuant to § 543(a) or (d) of title 11 of the United States Code (the "Bankruptcy Code") to authorize and direct the Insolvency Services Group, Inc., the assignee for the benefit of creditors (the "Assignee") of Bidz.com, Inc. to pay retainers to Sills Cummis & Gross P.C. and Potter Anderson & Carroon LLP, proposed counsel to the Alleged Debtor.

**IT IS ORDERED THAT:**

1. The Motion is GRANTED.

2. The parties are authorized to take any and all actions reasonably necessary to effectuate the terms of the Motion.

3. Assignee's payment of $25,000 is approved as an action that is necessary to preserve property of the estate in accordance with 11 U.S.C. § 543(a).

4. The Assignee, on behalf of Bidz, is hereby authorized to pay Sills Cummis & Gross P.C. and Potter Anderson & Corroon LLP a joint retainer in the amount of $25,000 for legal services rendered to Bidz in connection with this involuntary bankruptcy case.

5. This Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

Dated: July 14, 2014
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE